**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>UNITED STATES' PRETRIAL STATEMENT</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submit the following pretrial statement in the above captioned action pursuant to the Court's August 20, 2024, Pretrial Order. *See* ECF No. 27.[1]

---

[1] The government and defense counsel conferred, and defense counsel has represented that he is not ready to provide materials for a joint pretrial statement. The defendant anticipates submitting his own pretrial statement tomorrow.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATEMENT OF THE CASE[2]

This is a criminal case, captioned *United States v. Brandon Keith Heffner*. In this case, the defendant, Brandon Keith Heffner, is charged with offenses relating to the events of January 6, 2021 at the United States Capitol.

The United States alleges that on January 6, Brandon Keith Heffner committed five offenses. First, the government contends that the defendant participated in, aided and abetted others participating in, or attempted to participate in a civil disorder that affected commerce and the performance of a federally protected function. Second, the government alleges that the defendant knowingly entered or remained in a restricted area—the United Capitol Grounds. Third, the government alleges that while in the restricted area, the defendant engaged in disorderly and disruptive conduct with the intent to impede government business and that his conduct actually impeded government business. Fourth, the government alleges that the defendant knowingly and willfully engaged in disorderly and disruptive conduct within the Capitol Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress. Finally, the government alleges that the defendant knowingly and willfully impeded passage through the

---

[2] Defense counsel has represented that he agrees with this statement of the case, so this is correctly labeled as a joint statement of the case.

Capitol Grounds and aided and abetted others participating in obstructing and impeding passage through the Capitol Grounds or buildings.

The defendant has pleaded not guilty and denies each charge.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' VOIR DIRE QUESTIONS

The government does not have any modifications or objections to the Court's standard voir dire questions nor does the government have any additional proposed questions.

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' PROPOSED JURY INSTRUCTIONS**

**Standard Jury Instructions**

**Instructions before trial**

The government has no objection to the Pattern Criminal Jury Instructions for the District

of Columbia, 2024 Release ("Redbook"), as appropriate based on the developments at trial.

**Final Instructions**

1. Furnishing the Jury with a Copy of the Instructions, Redbook 2.100

2. Function of the Court, Redbook 2.101

3. Function of the Jury, Redbook 2.102

4. Jury's Recollection Controls, Redbook 2.103

5. Evidence in the Case, Redbook 2.104

6. Statements of Counsel, Redbook 2.105

7. Indictment Not Evidence, Redbook 2.106

8. Burden of Proof, Redbook 2.107

9. Reasonable Doubt, Redbook 2.108

10. Direct and Circumstantial Evidence, Redbook 2.109

11. Nature of Charges Not To Be Considered, Redbook 2.110

12. Number of Witnesses, Redbook 2.111

13. Inadmissible and Stricken Evidence, Redbook 2.112

14.    Credibility of Witnesses, Redbook 2.200

15.    Police Officer's Testimony, Redbook 2.207[3]

16.    Right of Defendant Not to Testify, Redbook 2.208 *or* Defendant as Witness, Redbook 2.209, *as applicable*

17.    False or Inconsistent Statement by Defendant, Redbook 2.210[4]

18.    Other Crimes Evidence (if 404(b) evidence is admitted), Redbook 2.321

19.    Multiple Counts – One Defendant, Redbook 2.402

20.    Unanimity – General, Redbook 2.405

21.    Verdict Form Explanation, Redbook 2.407

22.    Redacted Exhibits, Redbook 2.500

23.    Exhibits During Deliberations, Redbook 2.501

24.    Selection of a Foreperson, Redbook 2.502

25.    Possible Punishment Not Relevant, Redbook 2.505

26.    Cautionary Instruction on Publicity, Communication, and Research, Redbook 2.508

27.    Communication Between Court and Jury During Jury's Deliberations, Redbook 2.509

28.    Attitude and Conduct of Jurors in Deliberations, Redbook 2.510

29.    Excusing Alternate Jurors, Redbook 2.511

30.    Court Interaction with Jury During Deliberations – Note, Redbook 2.600

31.    When Jurors Cannot Agree (if needed), Redbook 2.601

32.    Instructions to Jury Before Polling, Redbook 2.602

33.    Instructions to Jury After Polling, Redbook 2.603

34.    Comment on Verdict – Note, Redbook 2.604

35.    Proof of State of Mind, Redbook 3.101

**Non-standard jury instructions[5]**

---

[3] The defendant objects to this requested jury instruction.
[4] The defendant objects to this requested jury instruction.
[5] The defendant may propose a character evidence jury instruction. The government reserves the

## Count One: Obstructing Officers During a Civil Disorder[6]

Count One of the Indictment charges the defendant with obstructing law enforcement officers during a civil disorder, which is a violation of federal law.

Count One also charges the defendant with attempt to commit the crime of obstructing officers during a civil disorder and aiding and abetting others to commit that offense. First, I will explain the elements of the substantive offense, along with its associated definitions. Then, I will explain how to determine whether the defendant attempted the offense and whether the defendant aided and abetted the offense.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

Second, at the time of the defendant's actual or attempted act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

---

right to oppose such an instruction.

[6] *United States v. Jensen*, 21-cr-6 (TJK) (ECF No. 97 at 21-22), *United States v. Webster*, 21-cr-208 (APM) (ECF No. 101 at 15-16), *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 17), and *United States v. DaSilva*, 21-cr-564 (CJN) (ECF No. 76 at 2-3); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 22); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26); *see also United States v. Grider*, 651 F. Supp. 3d 1, 13 (D.D.C. 2022) ("[T]he Court need not find that the defendant's actions *in fact* obstructed law officer officers. Rather, the Court need only find that the defendant committed or attempted to commit an act with the *specific intent* to obstruct law enforcement officers.").

Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

<u>Definitions</u>

The term "civil disorder" means any public disturbance involving acts of violence by groups of three or more persons, which (a) causes an immediate danger of injury to another individual, (b) causes an immediate danger of damage to another individual's property, (c) results in injury to another individual, or (d) results in damage to another individual's property.

The term "commerce" means commerce or travel between one state, including the District of Columbia, and any other state, including the District of Columbia.  It also means commerce wholly within the District of Columbia.[7]

The term "federally protected function" means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.[8]

The term "department" includes one of the departments of the executive branch (such as the Department of Homeland Security, which includes the United States Secret Service) or the legislative branch. The term "agency" includes any department, independent establishment, commission, administration, authority, board, or bureau of the United States. The term "instrumentality" includes any other formal entity through which the government operates, such as the United Sates Capitol Police.[9]

---

[7] Modified definition of 18 U.S.C. § 232(2) from jury instructions in *United States v. Pugh*, 20-cr-73 (S.D. Ala. May 19, 2021); *see also United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 18); *United States v. Thomas*, 21-cr-552 (DLF) (ECF No. 150 at 21).

[8] *See* 18 U.S.C. § 232(3).

[9] *See, e.g., United States v. Water Supply & Storage Co.*, 546 F. Supp. 2d 1148, 1152 (D. Colo.

For the U.S. Capitol Police and Metropolitan Police Department on January 6, 2021, the term "official duties," means policing the U.S. Capitol Building and Grounds, and enforcing federal law and D.C. law in those areas.[10]

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.  In deciding whether the defendant acted knowingly, you may consider all of the evidence, including what the defendant did, said, or perceived.[11]

---

2008) ("'When Congress does not define a word, its common and ordinary usage may be obtained by reference to a dictionary.' *In re Overland Park Fin. Corp.*, 236 F.3d 1246, 1252 (10th Cir. 2001) (citation omitted). Dictionary definitions of the word 'instrumentality' generally are broad. Black's Law Dictionary defines 'instrumentality' as '[a] thing used to achieve an end or purpose.' Black's Law Dictionary 814 (8th ed. 1999). Webster's Third New International Dictionary defines 'instrumentality' as 'something by which an end is achieved' or "something that serves as an intermediary or agent through which one or more functions of a controlling force are carried out.' Webster's Third New International Dictionary 1172 (1971).").  For January 6 cases using this instruction, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23), *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26), *United States v. Christensen*, 21-cr-455 (RCL) (ECF No. 72 at 9), and *United States v. McAbee*, 21-cr-35 (RC) (ECF No. 376, at 29-30).

[10] *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 19); *United States v. Christensen*, 21-cr-455 (RCL) (ECF No. 72 at 9); *United States v. McAbee*, 21-cr-35 (RC) (ECF No. 376, at 30). *See, e.g.*, Fifth Circuit Pattern Criminal Jury Instruction No. 2.07; Tenth Circuit Pattern Criminal Jury Instruction No. 2.09; Eleventh Circuit Pattern Criminal Jury Instruction No. O1.1; *United States v. Smith*, 743 F. App'x 943, 949 (11th Cir. 2018) ("Furthermore, the district court instructed the jury regarding the Task Force's duties, stating: 'A member of the U.S. Marshals Regional Fugitive Task Force is a Federal officer and has the official duty to locate and apprehend fugitives.'"); *United States v. Span*, 970 F.2d 573, 581 (9th Cir. 1992) ("The instruction states only that the activity of looking for a suspect is official conduct. We find no error in the district court's instruction characterizing this aspect of the marshals' conduct as official duty."); *United States v. Ellsworth*, 647 F.2d 957, 963 (9th Cir. 1981) ("'Instruction No. 10. Among the official duties of officers and agents of the United States Geological Service of the United States Interior Department are inspections of oil drilling apparatus to insure compliance with various Federal laws.' We think the above language of the charge employed by the trial judge reveals no insufficiency in defining the offense.").

[11] *See* The William J. Bauer Pattern Criminal Jury Instructions of the Seventh Circuit §§ 1512 & 1515(a)(1); *see also Arthur Andersen LLP v. United States*, 544 U.S. 696, 705 (2005); *United States v. Carpenter*, 21-cr-305 (JEB) (ECF No. 97 at 11) (including instruction that the evidence to be considered includes "what [the defendant] did, said, or perceived"); *United States v. Kelly*, 21-cr-708 (RCL) (ECF No. 101 at 9) (same); *United States v. Gunby*, 21-cr-626 (PLF) (ECF No.

### Attempt[12]

In Count One, the defendant is also charged with attempt to commit the crime of obstructing officers during a civil disorder. An attempt to commit obstructing officers during a civil disorder is a crime even if the defendant did not actually complete the crime.

In order to find the defendant guilty of attempt to commit obstructing officers during a civil disorder, you must find that the government proved beyond a reasonable doubt each of the following elements:

First, that the defendant intended to commit the crime of obstructing officers during a civil disorder, as I have defined that offense above.

Second, that the defendant took a substantial step toward committing obstructing officers during a civil disorder which strongly corroborates or confirms that the defendant intended to commit that crime.

With respect to the first element of attempt, you may not find the defendant guilty of attempt to commit obstructing officers during a civil disorder merely because the defendant thought about it. You must find that the evidence proved beyond a reasonable doubt that the defendant's mental state passed beyond the stage of thinking about the crime to actually intending to commit it.

With respect to the substantial step element, you may not find the defendant guilty of

---

57 at 7) (holding, in a January 6 case charging offenses under 18 U.S.C. § 1752 and 40 U.S.C. § 5104, that "what [the defendant] witnessed is directly relevant to his knowledge and intent") (citing *United States v. Griffith*, 21-cr-244, 2023 WL 2043223, at *3 (D.D.C. Feb. 16, 2023) and *United States v. Rhine*, 21-cr-687, 2023 WL 2072450, at *7 (D.D.C. Feb. 17, 2023)); *United States v. Christensen*, 21-cr-455 (RCL) (ECF No. 72 at 9) (same).

[12] Redbook 7.101; The William J. Bauer Pattern Criminal Jury Instructions of the Seventh Circuit § 4.09; Third Circuit Pattern Jury Instructions 7.01. *See United States v. Fellows*, 21-cr-83 (TNM) (ECF No. 140 at 28); *United States v. McAbee*, 21-cr-35 (RC) (ECF No. 376, at 30-32).

attempt to commit obstructing officers during a civil disorder merely because the defendant made some plans to or some preparation for committing that crime. Instead, you must find that the defendant took some firm, clear, undeniable action to accomplish his intent to commit obstructing officers during a civil disorder. However, the substantial step element does not require the government to prove that the defendant did everything except the last act necessary to complete the crime.

### Aiding and Abetting[13]

In this case, the government further alleges that the defendant committed obstructing officers during a civil disorder, as charged in Count One, by aiding and abetting others in committing this offense. This is not a separate offense but merely another way in which the government alleges that the defendant committed this offense in Count One.

A person may be guilty of an offense if he aided and abetted another person in committing the offense. A person who has aided and abetted another person in committing an offense is often called an accomplice. The person whom the accomplice aids and abets is known as the principal. It is not necessary that all the people who committed the crime be caught or identified. It is sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the defendant knowingly and intentionally aided and abetted that person in committing the crime.

In order to find the defendant guilty of obstructing officers during a civil disorder because the defendant aided and abetted others in committing this offense, you must find that the government proved beyond a reasonable doubt the following elements:

---

[13] 18 U.S.C. § 2(a); Third Circuit Model Jury Instructions 7.02. *See United States v. Fellows*, 21-cr-83 (TNM) (ECF No. 140 at 29-31); *United States v. McAbee*, 21-cr-35 (RC) (ECF No. 376, at 21-25).

First, that others committed obstructing officers during a civil disorder by committing each of the elements of the offense charged, as I have explained above.

Second, that the defendant knew that obstructing officers during a civil disorder was going to be committed or was being committed by others.

Third, that the defendant performed an act or acts in furtherance of the offense.

Fourth, that the defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of obstructing officers during a civil disorder.

Fifth, that the defendant did that act or acts with the intent that others commit the offense of obstructing officers during a civil disorder.

To show that the defendant performed an act or acts in furtherance of the offense charged, the government must prove some affirmative participation by the defendant which at least encouraged others to commit the offense. That is, you must find that the defendant's act or acts did, in some way, aid, assist, facilitate, or encourage others to commit the offense. The defendant's act or acts need not further aid, assist, facilitate, or encourage every part or phase of the offense charged; it is enough if the defendant's act or acts further aided, assisted, facilitated, or encouraged only one or some parts or phases of the offense. Also, the defendant's acts need not themselves be against the law.

In deciding whether the defendant had the required knowledge and intent to satisfy the fourth requirement for aiding and abetting, you may consider both direct and circumstantial evidence, including the defendant's words and actions and other facts and circumstances. However, evidence that the defendant merely associated with persons involved in a criminal venture or was merely present or was merely a knowing spectator during the commission of the

offense is not enough for you to find the defendant guilty as an aider and abettor. If the evidence shows that the defendant knew that the offense was being committed or was about to be committed, but does not also prove beyond a reasonable doubt that it was the defendant's intent and purpose to aid, assist, encourage, facilitate, or otherwise associate the defendant with the offense, you may not find the defendant guilty of obstructing officers during a civil disorder as an aider and abettor. The government must prove beyond a reasonable doubt that the defendant in some way participated in the offense committed by others as something the defendant wished to bring about and to make succeed.

**

A defendant may be found guilty of the offense charged in Count One if the defendant obstructed officers during a civil disorder, attempted to obstruct officers during a civil disorder, or aided and abetted obstructing officers during a civil disorder. Each of these three ways of committing the offense is described in the instructions that I have given you. If you find beyond a reasonable doubt that the defendant committed the offense of obstructing officers during a civil disorder in any one of these three ways, you should find the defendant guilty of Count One, and you need not consider whether the defendant committed the offense of obstructing officers during a civil disorder in the other two ways.

## Count Two: Entering or Remaining in a Restricted Building or Grounds[14]

Count Two of the Indictment charges the defendant with entering or remaining in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

Second, the defendant did so knowingly.[15]

### Definitions

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

---

[14] 18 U.S.C. §§ 1752, 3056; *United States v. Jabr*, 4 F.4th 97, 101 (D.C. Cir. 2021).  For January 6 cases using similar instructions, see *United States v. Eicher*, 22-cr-38 (BAH) (ECF No. 82 at 6); *United States v. Lesperance, et al.*, 21-cr-575 (JDB) (ECF No. 96 at 26); *United States v. Chwiesiuk, et al.*, 21-cr-536 (ACR) (ECF No. 103 at 8-9); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 30).

[15] Section 1752 requires proof that the defendant knew that an area was posted, cordoned off, or otherwise restricted, and knew that he or she lacked lawful authority to be in that area, but it does not require proof that the defendant knew of the presence of a U.S. Secret Service protectee within the restricted area. *United States v. Griffin*, No. 22-3042, 2024 WL 4536993, at *1 (D.C. Cir. Oct. 22, 2024).

The term "knowingly" has the same meaning described in the instructions for Count One. In order to establish that the defendant knowingly committed the offense, the government must prove that that the defendant knew he was in a "posted, cordoned off, or otherwise restricted area"; the government does not need to prove that he knew the area was "a building or grounds where a person protected by the Secret Service is or will be temporarily visiting."[16]

---

[16] *United States v. Griffin*, No. 22-3042, 2024 WL 4536993, at *1 (D.C. Cir. Oct. 22, 2024) ("We hold that knowingly breaching the restricted area suffices, even without knowing the basis of the restriction—here, the presence of Vice President Pence at the Capitol on January 6—which merely confirms that such trespasses are within Congress's legislative authority.").

## **Count Three: Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

Count Three of the Indictment charges the defendant with disorderly or disruptive conduct in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

### Definitions

"Disorderly conduct" is conduct that, when viewed in the circumstances in which it takes place, is likely to endanger public safety or create a public disturbance.[17] Disorderly conduct includes when a person acts in such a manner as to cause another person to be in reasonable fear that a person or property in a person's immediate possession is likely to be harmed or taken, uses

---

[17] *United States v. Alford*, 89 F.4th 943, 950 (D.C. Cir. 2024); *see also United States v. Martin*, 21-cr-562 (RC) (ECF No. 87 at 39); *United States v. Woehl*, 24-cr-83 (DLF) (ECF No. 44 at 3); *United States v. Grider*, 21-cr-22 (CKK) (ECF No. 150 at 24) ("'[D]isorderly' conduct is that which 'tends to disturb the public peace, offend public morals, or undermine public safety.' 'Disorderly,' *Black's Law Dictionary* (9th ed. 2009); 'Disorderly,' *Oxford English Dictionary* (2nd ed. 1989) ('Not according to order or rule; in a lawless or unruly way; tumultuously, riotously.')").

words likely to produce violence on the part of others, or is unreasonably loud and disruptive under the circumstances.[18]

"Disruptive conduct" is conduct that, when viewed in the circumstances in which it takes place, tends to interfere with or inhibit usual proceedings.[19] This includes conduct that causes disorder or turmoil, or that stops or prevents the normal continuance of an activity. Whether particular conduct is "disruptive" depends on the context and surrounding circumstances, and includes conduct that is plainly out of place for the time or setting where it occurs.[20]

The term "restricted building or grounds" has the same meaning described in the instructions for Count Two.

The term "knowingly" has the same meaning described in the instructions for Count One.

---

[18] *United States v. Schwartz, et al,*, 21-cr-178 (APM) (ECF No. 172 at 27); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 32); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 237-38).

[19] *United States v. Alford*, 89 F.4th 943, 951 (D.C. Cir. 2024); *see also United States v. Martin*, 21-cr-562 (RC) (ECF No. 87 at 40); *United States v. Woehl*, 24-cr-83 (DLF) (ECF No. 44 at 4).

[20] *United States v. Alford*, 89 F.4th 943, 950-51 (D.C. Cir. 2024) (noting that "disrupt" means "to throw into disorder or turmoil" and that "disruptive actions are those that are inappropriate or plainly out of place for the time or setting"); *see also United States v. Martin*, 21-cr-562 (RC) (ECF No. 87 at 40); *United States v. Woehl*, 24-cr-83 (DLF) (ECF No. 44 at 4).

## **Count Four: Disorderly Conduct In A Capitol Building Or Grounds**[21]

Count Four of the Indictment charges the defendant with disorderly and disruptive conduct in a Capitol Building or Grounds, which is a violation of federal law.

Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

Third, the defendant acted willfully and knowingly.

Definitions

The term "Capitol Buildings" includes the United States Capitol located at First Street, Southeast, in Washington, D.C.

The "Capitol Grounds" are defined by the United States Code, which refers to a 1946 map on file in the Office of the Surveyor of the District of Columbia. The boundaries of the Capitol Grounds include all additions added by law after that map was recorded. The Capitol Grounds includes the portion of Pennsylvania Avenue Northwest from the west curb of First Street Northwest to the curb of Third Street Northwest.

---

[21] *United States v. Barnett*, 21-cr-38 (CRC) (ECF No. 158 at 22); *United States v. Jenkins*, 21-cr-245 (APM) (ECF No. 78 at 31); *United States v. Jensen*, 21-cr-6 (TJK) (ECF No. 97 at 40); *United States v. Williams*, 21-cr-618 (ABJ) (ECF 122 at 40); *United States v. Eicher*, 22-cr-38 (BAH) (ECF No. 82 at 6); *United States v. Lesperance, et al.*, 21-cr-575 (JDB) (ECF No. 96 at 28); *United States v. Chwiesiuk, et al.*, 21-cr-536 (ACR) (ECF No. 103 at 10-11).

The term "House of Congress" means the United States Senate or the United States House of Representatives.

"Disorderly conduct" and "disruptive conduct" have the same meaning described in the instructions for Count Three. For purposes of this offense, "the orderly conduct of a session of Congress or either House of Congress" includes the actions of Congress' Joint Session to certify the Electoral College vote.[22]

The term "knowingly" has the same meaning described in the instructions for Count One.

A person acts "willfully" if he acts with the intent to do something that the law forbids, that is, to disobey or disregard the law. While the government must show that a defendant knew that the conduct was unlawful, the government does not need to prove that the defendant was aware of the specific law that his conduct violated.

---

[22] *See United States v. Kelly*, 21-cr-708 (RCL) (ECF No. 101 at 17).

**Count Five: Obstructing or Impeding Passage Through the Capitol Building or Grounds[23]**

Count Five of the Indictment charges the defendant with obstructing or impeding passage through the Capitol Building or Grounds, which is a violation of federal law.

Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant obstructed or impeded passage through or within the Capitol Buildings or Grounds.

Second, the defendant acted willfully and knowingly.

Definitions

The terms "Capitol Buildings" and "Capitol Grounds" have the same meaning described in the instructions for Count Four. The term "knowingly" has the same meaning described in the instructions for Count One. The term "willfully" has the same meaning described in the instructions for Count Four.

**Aiding and Abetting[24]**

In this case, the government further alleges that the defendant committed obstructing or impeding passage through the Capitol Grounds or buildings, as charged in Count Five, by aiding and abetting others in committing this offense.  This is not a separate offense but merely another way in which the government alleges that the defendant committed this offense in Count Five.

---

[23] *See* Government's Proposed Legal Elements, *United States v. Montano Alvarado*, 21-cr-154 (RCL) (ECF No. 66, at 28) (adopted by the court in issuing bench verdict).

[24] 18 U.S.C. § 2(a); Third Circuit Model Jury Instructions 7.02.  *See United States v. Fellows*, 21-cr-83 (TNM) (ECF No. 140 at 29-31); *United States v. McAbee*, 21-cr-35 (RC) (ECF No. 376, at 21-25).

A person may be guilty of an offense if he aided and abetted another person in committing the offense. A person who has aided and abetted another person in committing an offense is often called an accomplice. The person whom the accomplice aids and abets is known as the principal. It is not necessary that all the people who committed the crime be caught or identified. It is sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the defendant knowingly and intentionally aided and abetted that person in committing the crime.

In order to find the defendant guilty of obstructing or impeding passage through the Capitol Grounds or buildings because the defendant aided and abetted others in committing this offense, you must find that the government proved beyond a reasonable doubt the following elements:

First, that others committed obstructing or impeding passage through the Capitol Grounds or buildings by committing each of the elements of the offense charged, as I have explained above.

Second, that the defendant knew that obstructing or impeding passage through the Capitol Grounds or buildings was going to be committed or was being committed by others.

Third, that the defendant performed an act or acts in furtherance of the offense.

Fourth, that the defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of obstructing or impeding passage through the Capitol Grounds or buildings.

Fifth, that the defendant did that act or acts with the intent that others commit the offense of obstructing or impeding passage through the Capitol Grounds or buildings.

To show that the defendant performed an act or acts in furtherance of the offense charged, the government must prove some affirmative participation by the defendant which at least encouraged others to commit the offense. That is, you must find that the defendant's act or acts did, in some way, aid, assist, facilitate, or encourage others to commit the offense. The defendant's act or acts need not

further aid, assist, facilitate, or encourage every part or phase of the offense charged; it is enough if the defendant's act or acts further aided, assisted, facilitated, or encouraged only one or some parts or phases of the offense. Also, the defendant's acts need not themselves be against the law.

In deciding whether the defendant had the required knowledge and intent to satisfy the fourth requirement for aiding and abetting, you may consider both direct and circumstantial evidence, including the defendant's words and actions and other facts and circumstances. However, evidence that the defendant merely associated with persons involved in a criminal venture or was merely present or was merely a knowing spectator during the commission of the offense is not enough for you to find the defendant guilty as an aider and abettor. If the evidence shows that the defendant knew that the offense was being committed or was about to be committed, but does not also prove beyond a reasonable doubt that it was the defendant's intent and purpose to aid, assist, encourage, facilitate, or otherwise associate the defendant with the offense, you may not find the defendant guilty of obstructing or impeding passage through the Capitol Grounds or buildings as an aider and abettor. The government must prove beyond a reasonable doubt that the defendant in some way participated in the offense committed by others as something the defendant wished to bring about and to make succeed.

**

A defendant may be found guilty of the offense charged in Count Five if the defendant obstructed or impeded passage through the Capitol Grounds or buildings, or aided and abetted obstructing or impeding passage through the Capitol Grounds or buildings. Each of these two ways of committing the offense is described in the instructions that I have given you. If you find beyond a reasonable doubt that the defendant committed the offense of obstructing or impeding passage through the Capitol Grounds or buildings, in either one of these two ways, you should find the defendant guilty of Count Five, and you need not consider whether the defendant committed the

offense of obstructing or impeding passage through the Capitol Grounds or buildings, in the other way.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' TRIAL WITNESS LIST**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, respectfully submits that some or all of the following individuals may be called by the United States to testify, during this trial:

1. Allen, Kimberlee USCP
2. Blessington, Jon FBI SA
3. Burns, Terryann FBI SA
4. Carucci, Anthony USPP
5. Glavey, Elizabeth USSS*
6. Heckathorn, Officer USPP
7. Lake, Christopher USCP
8. Lanelle Hawa, USSS*
9. Laury, Christina MPD
10. McCree, George USCP*
11. Ramadhan, Tina A. MPD
12. Straub, Patrick FBI SA
13. Tippett, Ed

*Indicates overview witness subject to change.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-CR-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' EXHIBIT LIST**

The United States of America provides this proposed exhibit list for trial, not necessarily in the order in which they will be introduced.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| | **OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS** | | | |
| 001 | U.S. Capitol Police (USCP) CCTV Timeline Montage[25] | | | |
| 002 | U.S. House & Senate Video Montage[26] | | | |
| 003 | Certification of Congressional Videos | | | |
| 004 | U.S. Capitol Building & Grounds – (1946) | | | |
| 005 | U.S. Capitol Building & Grounds – Restricted Perimeter Map (Satellite View) | | | |
| 006 | U.S. Capitol Building & Grounds – (Satellite View) | | | |
| 007 | U.S. Capitol Building – 3D Map (NW Lawn) | | | |
| 007.1 | U.S. Capitol Building – 3D Map (NW Terrace) | | | |
| 007.2 | U.S. Capitol Building – Diagram | | | |
| 007.3 | U.S. Capitol Building – 3D Map (NW Terrace) | | | |
| 007.4 | U.S. Capitol Building – 3D Map (NW Terrace) | | | |
| 008 | Intentionally left blank | | | |
| 009 | USCP Area Closed Signs | | | |
| 009.1 | USCP Area Closed Signs | | | |

---

[25] Entire video.
[26] Entire video.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| 009.2 | USCP Area Closed Signs | | | |
| 009.3 | USCP Area Closed Signs | | | |
| 009.4 | USCP Area Closed Sign | | | |
| 009.5 | USCP Area Closed Sign | | | |
| 010 | West Front Timelapse Video | | | |
| 011 | Trump Rally Speech | | | |
| 012 | Trump Rally Speech (Closed Captions) | | | |
| 013 | Safeway Business Records Certification | | | |
| 014 | Safeway Sales Report | | | |
| 015 | Safeway Closure Email | | | |
| 016 | Curfew Tweet | | | |
| 017 | Safeway PA to DC Shipment | | | |
| 018 | Intentionally left blank | | | |
| 019 | Intentionally left blank | | | |
| **LEGAL AUTHORITY** | | | | |
| 020 | Twelfth Amendment to the U.S. Constitution | | | |
| 021 | 3 U.S.C. § 15 | | | |
| 022 | 3 U.S.C. § 16 | | | |
| 023 | 3 U.S.C. § 17 | | | |
| 024 | 3 U.S.C. § 18 | | | |
| 025 | Concurrent Resolution | | | |
| 026 | Congressional Records House of Representatives 117th Session | | | |
| 027 | Congressional Records Senate 117th Session | | | |
| 028 | Intentionally left blank | | | |
| 029 | Intentionally left blank | | | |
| | | | | |
| **STIPULATIONS** | | | | |
| 030 | Certification of Electoral College Vote | | | |
| 031 | Capitol Building & Grounds Stipulations | | | |
| 032 | Civil Disorder | | | |
| 033 | Officers from USCP & MPD | | | |
| 034 | USCP Closed-Circuit Video | | | |
| 035 | Police Radio Communications | | | |
| 036 | MPD Body Worn Camera Recordings | | | |
| 037 | MCPD Body Worn Camera Recordings | | | |
| 038 | ACPD Body Worn Camera Recordings | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| 039 | Open-Source Videos and Images | | | |
| 040 | House & Senate Video Montage | | | |
| 041 | Additional CSPAN Footage | | | |
| 042 | USCP CCV Montage | | | |
| 043 | Identity of Brandon Keith Heffner | | | |
| | | | | |
| **U.S. CAPITOL POLICE CLOSED CIRCUIT TELEVISION VIDEO** | | | | |
| 100 | USCS RF West Roof – 2021-01-06_1400 | | | |
| 101 | USCS RF West Roof (Right)- 2021-01-06__1400 | | | |
| 102 | Reserved | | | |
| 103 | Reserved | | | |
| 104 | Reserved | | | |
| 105 | Reserved | | | |
| **METROPOLITAN POLICE DEPARTMENT BWC** | | | | |
| 200 | BWC of Officer C.L. - Axon Body 3 BWC X6039BCNP starting at timestamp 13:32:19 | | | |
| 200.1 | TBD | | | |
| 201 | BWC of Officer T.R. - Axon Body 3 BWC X6039BK7L starting at timestamp 14:00:01 | | | |
| 201.1 | TBD | | | |
| 202 | Reserved | | | |
| 203 | Reserved | | | |
| 204 | Reserved | | | |
| 205 | Reserved | | | |
| **OPEN SOURCE VIDEO** | | | | |
| 300 | Heffner December 12, 2020 Protest | | | |
| 301 | Facebook | dylanhenderson951 | The huge rally at White House | | | |
| 301.1 | TBD | | | |
| 302 | Brighteon | thebrain |UNK.ME TV Patriot's March Jan. 6th 2021 | | | |
| 303 | Kevin M. Cronin | Exhibit 5 | Court Case Files | | | |
| 303.1 | TBD | | | |
| 304 | YouTube | Simon | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| | (UC9Mg3Dssek_UjoCcYM1GPHA) \| Capitol Riot | | | |
| 305 | Brad Smith \| Media8 \| Court Case Files | | | |
| 306 | 266T-BA-3580053_0000001_1A0000001 | | | |
| 307 | Facebook \| Jon Paul White video_1354528061590096 | | | |
| 308 | YouTube \| Raven Geary (White hot riot) January 6 Washington, D.C. Riot Full | | | |
| 309 | Parler \| cleophusdulaney \| xy2JnbdsJG5q | | | |
| 310 | Capitol A riot: | | | |
| 311 | Parler \| 55IZysHw38wO | | | |
| 312 | Facebook \| Jon Paul White video_1354528061590096 | | | |
| 313 | West Plaza (Shuttershock) | | | |
| 314 | Storming the Capitol - Fixed video | | | |
| 315 | Parler \| Tsharmeling YMBQ8mkNyqX0 | | | |
| 316 | YouTube \| Critical Political Thinking (CriticalPoliticalThinking) | | | |
| 317 | Photo by Wolfgang Schwan | | | |
| 318 | Jason Bermas (InfoWarrior) EXCLUSIVE DC FOOTAGE! Is Democracy DEAD? Are We About To Live In The Running Man | | | |
| 319 | Former Wagie (UCANz_VxdPNarqUF3Vcse3DQ) NEW FOOTAGE January 6 Capitol Hill Protest - Shot on BMPCC4K BRAW 4K60p | | | |
| 320 | Instagram \| nickybla 2021-01-06 21.11.26 2481085809711973959_179875317 | | | |
| 321 | Upper West Terrace | | | |
| **UNITED STATES SECRET SERVICE** | | | | |
| 400 | Head of State Notification | | | |
| 401 | Head of State Worksheet | | | |
| 402 | USCP CCV Capitol East Front[27] | | | |

---

[27] Entire video.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence |
|---|---|---|---|---|
| 403 | Glavey Radio Call 1 | | | |
| 404 | Glavey Radio Call 2 | | | |
| 405 | Glavey Radio Call 3 | | | |
| 406 | USCP CCTV Vice President Pence Departure | | | |
| 407 | USCP CCTV Vice President Pence Departure with Map | | | |
| **Heffner and Google** | | | | |
| 500 | Brandon Heffner photograph | | | |
| 501 | Google – Geofence Device ID 695508166 and heffnerbrandon@gmail.com | | | |
| 502 | Google Subscriber Information – heffnerbrandon@gmail.com | | | |
| 503 | Reserved | | | |
| 504 | Reserved | | | |
| 505 | Reserved | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:24-cr-260 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STIPULATIONS OF FACT AND EVIDENCE**[28]

The parties are still negotiating stipulations.

---

[28] The government believes based on current representations by defense counsel that there will be 12 stipulations entered in this case.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:24-CR-260 (APM)** |
| | : | |
| **BRANDON KEITH HEFFNER,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>VERDICT OF THE JURY</u>[29]

      We, the members of the jury, unanimously find the defendant **Brandon Keith Heffner**:

Count 1:     Civil Disorder (18 U.S.C. § 231(a)(3))

      _____ Guilty     _____ Not Guilty

Count 2:     Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

      _____ Guilty     _____ Not Guilty

Count 3:     Disorderly and Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2))

      _____ Guilty     _____ Not Guilty

Count 4:     Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104(e)(2)(D))

      _____ Guilty     _____ Not Guilty

Count 5:     Impeding Passage Through the Capitol Grounds or Building (40 U.S.C. § 5104(e)(2)(E))

      _____ Guilty     _____ Not Guilty

      Signed this _____ day of _____, 2024.

                _____
                           Presiding Juror

---

[29] The government believes that the Defendant does not object to this proposed verdict form.

DATED: November 21, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:                 */s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant United States Attorney
D.C. Bar No. 494742
Detailed to the United States Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (318) 676-3611
Cytheria.Jernigan@usdoj.gov

KATHRYN E. BOLAS
Assistant United States Attorney
NY Bar No. 5704234
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.,
Washington, D.C. 20530
(202) 252-0872
Kathryn.Bolas@usdoj.gov