UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-CR-260 (APM) |
| v. : | |
| : | |
| BRANDON HEFFNER, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO VACATE JURY TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Brandon Heffner, by and through his attorney, now file this motion to vacate the jury trial scheduled to begin on December 9, 2024 and schedule a change of plea hearing for December 9, 2024. The parties have entered into a signed plea agreement to resolve this case. As a result, the parties request that the Court convert the first day of the jury trial, now scheduled for Monday, December 9, 2024, to a change of plea hearing.

The parties further request that should the plea not be accepted by the Court for any reason, the currently scheduled jury trial begin on Tuesday, December 10, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/ *Cytheria D. Jernigan*  _____
CYTHERIA D. JERNIGAN
Assistant United States Attorney
D.C. Bar No. 494742
Detailed to the United States Attorney's
Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (318) 676-3611
Cytheria.Jernigan@usdoj.gov

/s/ *Kathryn E. Bolas*
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov

*Attorneys for the United States*

/s/*Andres Jalon*_____
ANDRES JALON
KITAY LAW OFFICES
1258 Penn Avenue
Wyomissing, PA 19610
610-373-8000
Fax: 484-350-3200
Email: Ajalon@kitaylegal.com

*Attorney for the Defendant*